```
BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

FILED

OCT 20 2011


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | NO. 2:10-CR-338 DAD |
| SEALED SEARCH WARRANT AND APPLICATION | GOVERNMENT'S EX-PARTE MOTION TO UNSEAL SEARCH WARRANT AND APPLICATION |

On August 10, 2010, an application was filed and a search warrant issued in the above case. Since the search warrant has now been executed, it is no longer necessary for the above file to remain sealed. The government respectfully requests that the application and search warrant in the above case be unsealed.

DATED: October 19, 2011                    Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney

                                       By: /s/ Heiko P. Coppola
                                           HEIKO P. COPPOLA
                                           Assistant U.S. Attorney

ORDER

SO ORDERED.

DATED:  10/19/11                           _____
                                           HON. DALE A. DROZD
                                           U.S. Magistrate Judge

1